State v. Willis

STATE OF NORTH CAROLINA v. ANTHONY EDELL WILLIS

No. 546A82

(Filed 11 January 1983)

APPEAL as of right pursuant to G.S. 7A-30(2) from a decision of a divided panel of the Court of Appeals, filed 17 August 1982, which affirmed the 5 March 1981 denial by *Judge Godwin,* in WAKE County Superior Court, of defendant's motion to suppress evidence. Following Judge Godwin's denial of the motion to suppress evidence defendant, pursuant to a plea bargain, entered a plea of guilty to simple possession of heroin from which *Judge Thomas Lee* entered judgment on 3 July 1981. Defendant preserved his right to appeal the ruling on his motion to suppress notwithstanding his plea of guilty.

*Attorney General Rufus L. Edmisten, by Assistant Attorney General Jane P. Gray, for the State.*

*Van Camp, Gill and Crumpler, P.A. by William B. Crumpler and Loflin and Loflin by Thomas F. Loflin, III and Robert S. Mahler for the defendant-appellant.*

PER CURIAM.

Having carefully reviewed the majority opinion of the Court of Appeals, the dissent, the briefs and authorities on this issue, we conclude that the result reached and the legal principles applied by the Court of Appeals are correct. Consequently, the majority opinion of the Court of Appeals is affirmed.

Affirmed.